AO 2451 (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 1

# UNITED STATES DISTRICT COURT
### Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Tyrell Hairston | **Judgment in a Criminal Case**<br>(For a Petty Offense)<br><br>Case No. 1:15-po-1417 (P0658217,P0658218,<br>USM No.    P0658219,P0658221)<br><br>Elizabeth Mullin<br>Defendant's Attorney |

**FILED SEP 18 2015 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded  ☑ guilty  ☐ nolo contendere to count(s) P0658219

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36CFR4.2 adopting VA Code 46.2-852 | Reckless Driving | 05/18/2015 | P0658219 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☑ Count(s) P0658217,P0658218,P0658221  ☐ is  ☑ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2805

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
Accokeek, MD 20607

09/17/2015
Date of Imposition of Judgment

/s/
John F. Anderson
United States Magistrate Judge
Name and Title of Judge

09/18/2015
Date

AO 245I  (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 5 — Probation

DEFENDANT: Tyrell Hairston  
CASE NUMBER: 1:15-po-1417 (P0658217,P0658218,

Judgment—Page __2__ of __3__

## PROBATION

The defendant is hereby sentenced to probation for a term of:

**One (1) year supervised probation with conditions**

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes restitution or a fine, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, oother acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245I    (Rev 09/11) Judgment in a Criminal Case for a Petty Offense
           Sheet 5A — Probation Supervision

Judgment — Page   3   of   3

DEFENDANT: Tyrell Hairston
CASE NUMBER: 1:15-po-1417 (P0658217,P0658218,

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office.

2) Commencing September 17, 2015, and continuing for ONE (1) YEAR, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from court, the probation office, the Alcohol Safety Action Program and treatment facility, (c) to and from daycare facility

3) The defendant shall pay a $250.00 fine, $25.00 processing fee, and a $10.00 special assessment as to P0658219 to be paid by October 17, 2015.